IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA :

v. : Case No: 2:18 cr 224

JUDGE

GLENN MARCELL MADISON, JR. :
  aka "Monster"
21 U.S.C. §841(a)(1)   Judge Graham
21 U.S.C. §841(b)(1)(B)
21 U.S.C. §841(b)(1)(C)

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

On or about September 24, 2018, the exact date being unknown, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON, JR.**, did knowingly, intentionally and unlawfully distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as crack, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

COUNT 2

On or about September 24, 2018, the exact date being unknown, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON, JR.**, did knowingly, intentionally and

1

unlawfully distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about September 25, 2018, the exact date being unknown, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON, JR.**, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B).

## COUNT 4

On or about October 2, 2018, the exact date being unknown, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON, JR.**, did knowingly, intentionally and unlawfully distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about October 2, 2018, the exact date being unknown, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON, JR.**, did knowingly, intentionally and unlawfully distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as crack, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about October 9, 2018, the exact date being unknown, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON, JR.**, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B).

A true bill.

S/ Foreperson
FOREPERSON

BENJAMIN C. GLASSMAN
United States Attorney

GARY L. SPARTIS
Deputy Criminal Chief
Assistant United States Attorney

3